UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JORGE MAIKEL OROPEZA
CARTAYA,

         Petitioner,

    v.

WARDEN, FLORIDA SOFT SIDE
SOUTH, FIELD OFFICE
DIRECTOR GARRET RIPA,
ACTING DIRECTOR TODD
LYONS, SECRETARY
MARKWAYNE MULLIN,

         Respondents.

Case No. 2:26-cv-1500-KCD-NPM

## **ORDER**

Petitioner Jorge Maikel Oropeza Cartaya is a Venezuelan citizen currently detained by U.S. Immigration and Customs Enforcement ("ICE"). He asks this Court to release him, arguing that his detention without a bond hearing violates the Immigration and Nationality Act and the Fifth Amendment. (Docs. 1.)[1] As for relief, he seeks immediate release from custody or, alternatively, a bond hearing under 8 U.S.C. § 1226(a). (Doc. 1.)

Since filing the petition, an individualized bond hearing has been scheduled. (Doc. 11 at 1-2.) Given these developments, the Government

---

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

argues that the case is now moot and can be dismissed. (*Id.* at 3-4.) The Court agrees, and here is why.

Article III of the Constitution limits federal courts to resolving actual, ongoing controversies. We do not issue advisory opinions, and we do not keep cases on the docket when the underlying dispute has evaporated. *See Al Najjar v. Ashcroft*, 273 F.3d 1330, 1335 (11th Cir. 2001). When Cartaya filed his petition, his only grievance was that he had been locked up with no mechanism for release. (Doc. 1.) The Government has since afforded Cartaya the very opportunity to contest his detention that he asked this Court to provide. (Doc. 8.) He has thus received process. Cartaya can renew this petition if the bond hearing does not proceed as represented.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED**. The Clerk of Court is directed to enter judgment, terminate any pending motions, and **CLOSE** this case.

**ORDERED** in Fort Myers, Florida on May 28, 2026.

Kyle C. Dudek
United States District Judge

2